The People of the State of Illinois, Plaintiff-Appellee, *v.* John D. Ferguson, Defendant-Appellant.

(No. 57569;

First District (2nd Division)—December 24, 1974.

PER CURIAM.

James D. Montgomery, of Chicago, for appellant.

Bernard Carey, State's Attorney, of Chicago, for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* ROBERT BROWN, Defendant-Appellant.

(No. 58556;

First District (2nd Division)—December 24, 1974.